# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 03-3999

_____

James E. Riggs,                                      *
                                                     *
                    Appellant,                       *
                                                     *
        v.                                           *
                                                     *
James Bell, Food Production Manager,                 *
East Arkansas Regional Unit, ADC        *   Appeal from the United States
(originally sued as Bell); Loretha Bell,    *   District Court for the Eastern
Food Production Manager, East                *   District of Arkansas.
Arkansas Regional Unit, ADC             *
(originally sued as Bell); Greg Harmon,     *        [UNPUBLISHED]
Warden, East Arkansas Regional Unit,     *
ADC (originally sued as Harmon);          *
Paul Walton, Food Production               *
Manager, East Arkansas Regional         *
Unit, ADC (originally sued as Walton),   *
                                                     *
                    Appellees.                       *

_____

Submitted:  September 7, 2004
    Filed:  September 13, 2004

_____

Before MURPHY, FAGG, and SMITH, Circuit Judges.

_____

PER CURIAM.

James E. Riggs appeals the district court's[*] adverse grant of summary judgment and dismissal of Riggs's 42 U.S.C. § 1983 action. After carefully reviewing the record, we conclude the judgment was proper for the reasons stated by the district court. We affirm the judgment of the district court. <u>See</u> 8th Cir. R. 47B. We also deny Riggs's pending motions.

_____

[*]The Honorable J. Thomas Ray, United States Magistrate Judge for the Eastern District of Arkansas, to whom the case was referred for final disposition by consent of the parties pursuant to 28 U.S.C.  636(c).